ORIGINAL

FILED IN CLERK'S OFFICE
U S D C Atlanta

OCT 1 6 2006

JAMES N HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE OSB ANTITRUST LITIGATION | Misc No. **1 06-MI-0308** |
| THIS DOCUMENT RELATES TO:<br>All Indirect Purchaser Actions. | **GE** |

## MOTION TO ENFORCE SUBPOENA
## DIRECTED TO HOME DEPOT INC. PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 45(c)(2)(B)

Pursuant to Rule 45(c)(2)(B) of the Federal Rules of Civil Procedure, Indirect Purchaser Plaintiffs move for an Order enforcing the subpoena directed to Home Depot Inc. on June 30, 2006 and compelling the production of documents in response to the subpoena. In support of this Motion, Indirect Purchaser Plaintiffs submit herewith the attached Declaration of Daniel D'Angelo, the Exhibits attached thereto, including the subpoena directed to Home Depot, Inc., along with their supporting Memorandum.

DATED: October 16, 2006

_____
Larry H. Chesin
PARKS, CHESIN & WALBERT, P.C.
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
Email: lchesin@pcwlawfirm.com
Tel: (404) 873-8000
Fax: (404) 873-8050

Of Counsel:

Kenneth G. Gilman
David Pastor
Daniel D'Angelo
GILMAN AND PASTOR, LLP
225 Franklin Street, 16th Floor
Boston, MA 02110
Tel: (617) 742-9700

Robert C. Schubert
Willem F. Jonckheer
Peter E. Borkon
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Tel: (415) 788-4220

*Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE OSB ANTITRUST LITIGATION | Misc No. |
| THIS DOCUMENT RELATES TO:<br>All Indirect Purchaser Actions. | |

### Local Rule 7.1D Certification

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

### CERTIFICATE OF SERVICE

I hereby certify I served the foregoing **MOTION TO ENFORCE SUBPOENA DIRECTED TO HOME DEPOT, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45(c)(2)(B)** via hand delivery, as follows:

Monica F. Patterson, Esq.
Corporate Counsel, Litigation Department
Home Depot USA, Inc.
2455 Paces Ferry Road, N.W.
Building C-8
Atlanta, GA 30339

This 16th day of October, 2006.

_____
Larry H. Chesin
Georgia Bar No. 123600
PARKS, CHESIN & WALBERT, P.C.