IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE OSB ANTITRUST LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br>All Indirect Purchaser Actions. | Misc. No.1 06-MI-0308 |

## OBJECTION TO SUBPOENA

COMES NOW Home Depot, Inc. ("Home Depot"), by and through its undersigned attorneys, and pursuant to Rule 45(c)(2)(B) of the Federal Rules of Civil Procedure, and files this its Objection to Subpoena.

Home Depot, which is not a party in the OSB Antitrust Litigation, objects to the Subpoena to Harley Finnell, a copy of which is attached hereto as "Exhibit A", because the Subpoena requires Mr. Finnell of Home Depot to travel more than one hundred (100) miles from where he is employed to give his deposition. Mr. Finnell is employed in New Orleans, Louisiana. The Subpoena commands him to appear for a deposition in Atlanta, Georgia. Home Depot also objects because the Subpoena subjects Mr. Finnell and Home Depot to undue burden, and seeks the disclosure of a trade secret or other confidential research, development or commercial information.

This the 27 day of October, 2006.

                                                Respectfully submitted,
                                                HAWKINS & PARNELL, LLP

| | |
|---|---|
| 4000 SunTrust Plaza | /s/ E. Tyron Brown |
| 303 Peachtree Street, N.E. | E. Tyron Brown |
| Atlanta, Georgia  30308-3243 | Georgia Bar No. 086979 |
| (404) 614-7400 | Attorneys for Home Depot, Inc. |
| (404) 614-7500 Facsimile | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE OSB ANTITRUST LITIGATION <br> _____ <br><br> THIS DOCUMENT RELATES TO: <br> All Indirect Purchaser Actions. | Misc. No.1 06-MI-0308 |

## **CERTIFICATE OF SERVICE**

This is to hereby certify that I have this day electronically filed **OBJECTION TO SUBPOENA** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Robert C. Schubert, Esq.
Willem F. Jonckheer, Esq.
Peter E. Borkon, Esq.
Schubert & Reed LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111

Kenneth G. Gilman, Esq.
David Pastor, Esq.
Daniel D'Angelo, Esq.
Gilman and Pastor, LLP
225 Franklin Street, 16th Floor
Boston, MA 02110

Larry H. Chesin, Esq.
Parks, Chesin & Walbert, P.C.
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309

10271866v.1

This the 27 day of October, 2006.

    Respectfully submitted,
HAWKINS & PARNELL, LLP

<u>/s/ E. Tyron Brown</u>
E. Tyron Brown
Georgia Bar No. 086979
Attorneys for Home Depot, Inc.

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia  30308-3243
(404) 614-7400
(404) 614-7500 Facsimile

10271866v.1